UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:23-cr-170-HES-LLL

18 U.S.C. § 924(a)(1)(A)
18 U.S.C. § 2

RANDOLPH WAYNE SWINDLE

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about November 9, 2021, in the Middle District of Florida, the defendant,

RANDOLPH WAYNE SWINDLE,

knowingly made, and aided and abetted the making of, a false statement and representation to R&P Business Ventures, LLC, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of R&P Ventures, LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction

Record, to the effect that the person identified on Section B of the form was not the actual transferee or buyer of the firearms listed on the form, and that the defendant failed to verify said transferee's or buyer's identification.

In violation of 18 U.S.C. §§ 924(a)(1)(A) and 2.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 924, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: _____
KIRWINN MIKE
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney